UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE:                                                                    Case No

                                                                          **AFFIDAVIT**
Janet Pytowski                                                            **OF JANET PYTOWSKI**

-------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF Kings      )

Janet Pytowski, being duly sworn, hereby deposes and states:

1. I am the debtor in the above referenced proceeding.

2. I do not receive paystubs as I am self employed and operate my own business.

3. I currently receive approximately 1019.54 in salary on a monthly basis from my business.

*[signature]*
Janet Pytowski

Sworn to before me this
15th day of July, 2015

*[signature]*
Notary Public

LEWIS F. TESSER
Notary Public, State of New York
No. 4653043
Qualified in Rockland County
Commission Expires ... 2017